IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re:                                          )
    DAVID LEE CARTER                      )
    MAGEN ANNE CARTER                     )      Case No. 10-20283
                                                )
               Debtor(s)              )

REQUEST TO CLERK FOR NOTIFICATION OF CREDITORS
TO FILE CLAIMS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT

    Please take notice that the Trustee has funds or believes that he will have funds for disbursement to creditors of this estate.

    PLEASE NOTICE CREDITORS to file claims in this case.

    DATED:    May 21, 2010

/s/ Randy L. Royal, Trustee in Bankruptcy

RLR/cdc
Bmswquickdocs
NAC