**UNITED STATES BANKRUPTCY COURT**

Tim Ellis
Clerk of Court

DISTRICT OF WYOMING
2120 CAPITOL AVENUE #6004
CHEYENNE, WYOMING 82001
307-433-2200



www.wyb.uscourts.gov

June 1, 2010

David Lee Carter
Magen Anne Carter
2993 Lerwick Drive
Rawlins, WY 82301

Dear David,

We received the following undeliverable notice(s):

| Case(s) | Address Attempted |
|---|---|
| 10-20283 | CitiFinancial<br>PO Box 499<br>Hanover, MD 21076-0499 |

I have enclosed the notice(s) for your use in noticing these parties. If you have any questions, please give us a call at (307) 433-2200.

Sincerely,

Krystal Wilson
Case Manager

enc: Undelivered Notice(s)